534 A.2d 757

**COMMONWEALTH of Pennsylvania**

v.

**David WASHINGTON, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1987.

Decided Dec. 4, 1987.

Oscar N. Gaskins, Philadelphia, for appellant.

Ronald Eisenberg, Chief, Appeals Div., Gaele McLaughlin Barthold, Deputy Dist. Atty., Frances Gralnek Gerson, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., dissents.